The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HECTOR CRUZ-ANAYA, <br><br> Defendant. | NO. CR15-247 RSM <br><br> ORDER TO DISMISS INFORMATION |

Leave of Court is GRANTED for filing the government's dismissal of the Information charging HECTOR CRUZ-ANAYA with Illegal Reentry After Deportation, in violation of Title 8, United States Code, Section 1326(a), filed on or about July 23, 2015.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; this Court, having reviewed the entirety of the files herein, hereby ORDERS that the Information charging HECTOR CRUZ-ANAYA with Illegal Reentry After Deportation is DISMISSED without prejudice.

Dated this 14th day of September, 2015.

_____
The Honorable Richard A. Jones
United States District Judge
   *for Judge Ricardo S. Martinez*

ORDER TO DISMISS INFORMATION/CRUZ-ANAYA - 1
*United States v. Hector Cruz-Anaya*/(CR15-247RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970